IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

YVONNE BROWN,                      )
                                   )
        Plaintiff,                 )
                                   )        CIVIL ACTION
v.                                 )
                                   )        FILE No. 1:21-cv-00261-SCJ
ADVENTURE OUTDOORS, INC.           )
and J. WALLACE PROPERTIES I,       )
LLC,                               )
                                   )
        Defendants.                )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiff Yvonne Brown and Defendants Adventure Outdoors, Inc. and J. Wallace

Properties I, LLC, by and through the undersigned counsel of record, hereby

stipulate and agree that the instant matter be dismissed with prejudice, without an

award of fees or costs to either party.

Dated: September 18, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306

Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/Robert A. Luskin
Robert A. Luskin
Georgia Bar No. 004383
Goodman McGuffey LLP
3340 Peachtree Road, N.E., Suite 2100
Atlanta, Georgia 30326-1084
Tel: (404) 926-4123
Fax: (404) 264-1737
RLuskin@GM-LLP.com

## **CERTIFICATE OF SERVICE**

I certify that on September 18, 2021, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

Robert A. Luskin, Esq.
Goodman McGuffey LLP
3340 Peachtree Road, N.E., Suite 2100
Atlanta, Georgia 30326
RLuskin@GM-LLP.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1</u>

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

<u>/s/Craig J. Ehrlich</u>
Craig J. Ehrlich